IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Christian Jude Gagnon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:11-2018-TLW-TER |
| | ) | |
| Mr. James Hicks, Magistrate Judge of Greenville | ) | |
| Cnty, S. Carolina, June 2nd 2011; Detention Cntr. | ) | |
| GCDC Staff Lt. Robert Pendergrass, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

On August 3, 2011, the Plaintiff, Christian Jude Gagnon ("Plaintiff"), proceeding *pro se*

and *in forma pauperis*, filed this civil action pursuant to 42 U.S.C. § 1983.  (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation

("the Report") filed by Magistrate Judge Thomas E. Rogers to whom this case had previously

been assigned.  In the Report, the Magistrate Judge recommends that Plaintiff's complaint be

dismissed without prejudice and without issuance and service of process pursuant to 28 U.S.C. §

1915(e)(2)(B)(i) and (ii).  (Doc. # 23).  Objections were due on November 3, 2011.  Plaintiff has

filed no objections to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. §

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge,

this Court is not required to give any explanation for adopting the recommendation.  See Camby

v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 23). The complaint is therefore **DISMISSED** without prejudice and without issuance and service of process.

   **IT IS SO ORDERED**.


November 14, 2011                                      __s/Terry L. Wooten_____
Florence, South Carolina                               United States District Judge